THE STATE EX REL. BAKER, APPELLANT, *v.* SCHIEMANN, APPELLEE.

[Cite as *State ex rel. Baker v. Schiemann* (1993), 67 Ohio St.3d 443.]

(No. 93–908—Submitted July 28, 1993—Decided October 13, 1993.)

444

*Saul P. Baker, M.D., pro se.*
*Jeffrey J. Schiemann, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals. The trial court has ordered the relief appellant seeks. If he is dissatisfied, he may appeal. Mandamus is not a substitute for appeal. *State ex rel. Pressley v. Indus. Comm.* (1967), 11 Ohio St.2d 141, 40 O.O.2d 141, 228 N.E.2d 631, paragraph three of the syllabus.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.